# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CHE ROMERO,

    Plaintiff,

v.                                      Case No.  5:21-cv-145-TKW-MJF

FCI MARIANNA HEALTH SERVICE
ADMINISTRATOR, *et al.*,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject-matter jurisdiction. Accordingly, it is

    **ORDERED** that:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.  This case is **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 23rd day of August, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**